

# NUMBER 13-25-00215-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**ROBERT LEE SHELBY,**                                   **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                      **Appellee.**

---

## ON APPEAL FROM THE 21ST DISTRICT COURT
## OF LEE COUNTY, TEXAS

---

## MEMORANDUM OPINION

### Before Chief Justice Tijerina and Justices Cron and Fonseca
### Memorandum Opinion by Justice Cron

This cause is before the Court on its own motion.[1] On March 13, 2025, appellant filed a notice of appeal. The clerk's record was originally due on July 11, 2025. On July 14, 2025, the Clerk of the Court notified appellant that the deputy district clerk, Tina

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket-equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

Rodgers, had notified the Court that appellant had failed to make arrangements for payment of the clerk's record. On August 11, 2025, we abated the appeal and remanded the case to the trial court to determine whether appellant (or his counsel) had abandoned the appeal, whether appellant was indigent and entitled to the appointment of new appellate counsel and a free record, and what if any orders should be entered to ensure the proper pursuit of the appeal.

The trial court found that appellant desires to prosecute his appeal, is not indigent, and has retained counsel to represent him on appeal. On September 2, 2025, the case was reinstated, and the Clerk of the Court notified appellant that he had still not made arrangements to pay for the clerk's record. Appellant was given a final warning to pay for the clerk's record and provide the Court with proof of payment within ten days from the date of the notice or the appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

To date, the clerk's record has not been filed due to appellant's failure to pay or make payment arrangements. Accordingly, the appeal is dismissed for want of prosecution. *See id.*

JENNY CRON
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
16th day of October, 2025.

2